1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<table>
<tr><td>FILED</td></tr>
<tr><td>CLERK, U.S. DISTRICT COURT</td></tr>
<tr><td>May 26, 2015</td></tr>
<tr><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>BY: _____DG_____ DEPUTY</td></tr>
</table>

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNLONG U.S.A. WINDOW FASHIONS, INC, a California corporation, | ) ) ) ) CASE NO. CV 14-02416 MMM (SPx) |
| Plaintiff, | ) JUDGMENT FOR PLAINTIFF ) |
| v. | ) ) |
| IVAN LOURIDO, a natural person; and BLACKSTONE WINDOW COVERINGS, INC. d/b/a WINDO-SHADE DISTRIBUTORS | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

On May 26, 2015, the court entered an order granting plaintiffs Yunglong U.S.A Window Fashions, Inc.'s ("Yunglong") motion for entry of default judgment against defendants Ivan Lourido and Blackstone Window Coverings, Inc. (d/b/a Window-Shade Distributors) ("defendants"). Consequently,

IT IS ORDERED AND ADJUDGED

1.   That Yunglong recover $38,795.17 on its breach of contract and open book account claims from defendants;

2.   That Yunglong recover $9,272 in prejudgment interest from defendants;

3.   That Yunglong recover $3,484.03 in attorneys' fees from defendants; and

4.   That the action be, and is hereby, dismissed.

1

2

3    DATED: May 26, 2015

4                                      MARGARET M. MORROW

                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28